PROB 12B
(7/93)

Report Date: August 19, 2010

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U S DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 2 0 2010

JAMES R LARSEN
_____DEPUTY
SPOKANE, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: John Jacob Scheel | Case Number: 2:03CR00095-001 |

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

| | |
|---|---|
| Date of Original Sentence: 10/3/2003 | Type of Supervision:   Supervised release |
| Original Offense: Armed Bank Robbery, 18 U.S.C. § 2113(a) and (d) | Date Supervision Commenced: 05/28/2010 |
| Original Sentence: Prison - 97 Months; TSR - 60 Months | Date Supervision Expires: 05/27/2015 |

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

19      The defendant shall pay the balance of restitution at the rate of no less than $100 per month, due by the fifth day of each month beginning September 5, 2010. The Court imposed payment schedule shall not prevent statutorily authorized collection efforts by the United States Attorney. The defendant shall cooperate fully with the United States Attorney and the United States Probation Office to make payment in full as soon as possible.

## CAUSE

John Jacob Scheel was sentenced in the Eastern District of Washington on September 26, 2003, to 97 months imprisonment followed by a 5-year term of supervised release for Armed Bank Robbery, 18 U.S.C. § 2113(d). On May 28, 2010 Mr. Scheel commenced supervision in the Western District of Texas, wherein he currently resides. The undersigned officer received a request for modification relative to his restitution payments, as well as a request to transfer jurisdiction. Given the change in circumstances surrounding the above-mentioned individual, the U.S. Probation Office concurs with the recommendation to transfer jurisdiction in this case.

John Scheel was asked whether he would waive his right to a hearing and agree to the modification as previously described. As indicated by the enclosed Waiver of Hearing to Modify Conditions of Supervised Release form, Mr. Scheel has agreed to the proposed modifications.

I declare under penalty of perjury that the foregoing is true and correct.

|   |   |
|---|---|
| Executed on: | 08/19/2010 |
|   | s/Tommy Rosser |
|   | Tommy Rosser<br>U.S. Probation Officer |

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[/ ] Other

_____
Signature of Judicial Officer

August 20, 2010
Date

PROB 49

# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF WASHINGTON

### Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

> The Defendant shall pay the balance of the restitution at the rate of no less than $100 per month, due by the fifth day of each month beginning September 5, 2010. The Court imposed payment schedule shall not prevent statutorily authorized collection efforts by the United States Attorney. The Defendant shall cooperate fully with the United States Attorney and the United States Probation Office to make payment in full as soon as possible.

Witness: Jerry Adams
U.S. Probation Officer

Signed: John Jacob Scheel
defendant

8/13/10
Date